THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| Michael Alfonso Hughes,<br><br>    Plaintiff,<br>v.<br><br>Daniel Werfel,<br>in his official capacity as commissioner of the Internal Revenue Service,<br><br>    Defendant. | MEMORANDUM DECISION AND ORDER<br><br>Case No. 2:25-cv-00776-DBB-DBP<br><br>District Judge David B. Barlow<br><br>Chief Magistrate Judge Dustin B. Pead |

Michael Hughes who is proceeding pro se, seeks leave to file a notice of supplemental authority.[1] Mr. Hughes asserts the supplemental authority supports his pending Motion for Preliminary Injunction. Having reviewed Plaintiff's Motion, the court GRANTS his request. Mr. Hughes may file his "Notice of Supplemental Authority."

IT IS SO ORDERED.

DATED this 10 October 2025.

_____
Dustin B. Pead
United States Magistrate Judge

---

[1] ECF No. 13.