## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL ALFONSO HUGHES,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL WERFEL, in his official capacity as Commissioner of the Internal Revenue Service,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [ECF NO. 19] REPORT AND RECOMMENDATION**<br><br>Case No. 2:25-cv-00776<br><br>District Judge David Barlow |

Before the court is United States Chief Magistrate Judge Dustin B. Pead's Report and Recommendation[1] to deny Plaintiff Michael Alfonso Hughes' Motion for Preliminary Injunction[2] and Motion to Expedite Consideration of that motion.[3]

The parties were notified of their right to file objections to the Report and Recommendation within fourteen days of its service pursuant to 28 U.S.C. § 636 and Federal Rule of Civil Procedure 72.[4] No party filed an objection.

---

[1] R & R, ECF No. 19, filed October 19, 2025.
[2] Mot. for Preliminary Injunction, ECF No. 5, filed September 6, 2025.
[3] Mot. to Expediate Consideration of Mot. for Preliminary Injunction, ECF No. 14, filed September 20, 2025.
[4] R & R, 5.

This court "reviews unobjected-to portions of a report and recommendation for clear error."[5] To overturn a decision as clearly erroneous, the court must be left with a "definite and firm conviction that a mistake has been committed."[6]

Here, the analysis and conclusion of the Magistrate Judge are not clearly erroneous. Thus, Judge Pead's Report and Recommendation is adopted.

## ORDER

The Report and Recommendation[7] is ADOPTED. Plaintiff's Motion for Preliminary Injunction[8] is DENIED. Plaintiff's Motion to Expedited Consideration[9] is DENIED as MOOT.

Signed November 14, 2025.

BY THE COURT

_____

David Barlow
United States District Judge

---

[5] *Johnson v. Progressive Leasing*, No. 2:22-cv-00052, 2023 WL 4044514, at *2 (D. Utah 2023) (citing *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see* Fed. R. Civ. P. 72(b) adv. comm. note to 1983 amend. ("[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[6] *United States v. Gypsum Co.*, 333 U.S. 364, 395 (1948); *see also Ocelot Oil Corp. v. Sparrow Indus.*, 847 F.2d 1458, 1464 (10th Cir. 1988).
[7] ECF No. 19.
[8] ECF No. 5.
[9] ECF No. 14.